JAMES LEWIS JOHNSON, APPELLANT, v. THE BOARD OF EMBALMERS AND FUNERAL DIRECTORS OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted May 29, 1930—Decided February 2, 1931.

For the appellant, *Robert Queen.*

For the respondent, *William A. Stevens,* attorney-general, and *Robert Peacock,* assistant attorney-general.

PER CURIAM.

Everything else swept aside this appears to be an appeal from a conclusion of the Supreme Court not to allow a writ

of *certiorari* to review the proceedings and judgment of the respondent.

It is enough for us to say that the allowance of such a writ, in a matter of this character, is not a matter of right in the party seeking such review but is a matter lodged in the sound discretion of the Supreme Court and the exercise of that discretion by that court is not subject to review.

The appeal is dismissed.